IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDDY U. MARTINEZ,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 13-04197 DMR

**ORDER**

    The order of relation filed in this matter (docket no. 20) was filed in error. It is hereby revoked.

    **IT IS SO ORDERED.**

Dated: February 12, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE