DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
WARREN METLITZKY, State Bar #220758
NEWTON OLDFATHER, State Bar #281227
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3916 (Warren Metlitzky)
              (415) 554-4283 (Newton Oldfather)
Facsimile:    (415) 554-3837
Email:        warren.metlitzky@sfgov.org
              newton.oldfather@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY U. MARTINEZ,<br><br>           Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1 to 50,<br><br>           Defendants. | Case No. 13-cv-4197 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SETTLEMENT CONFERENCE**<br><br>Trial Date:          March 2, 2015 |

The parties to this litigation enter the following stipulation and respectfully request that the Court approve of and enter the following order:

**STIPULATION**

WHEREAS,

1. Defendant consented to Magistrate Judge Donna M. Ryu on October 8, 2013. Plaintiff consented on November 26, 2013.

1      2.  On December 5, 2013, the Court ordered the parties to participate in a settlement
2  conference with Magistrate Judge Kandis A. Westmore by March 15, 2014.
3      3.  On March 12, 2014, Deputy City Attorney Warren Metlitzky and Plaintiff's counsel
4  Gino Molinari attended a scheduled settlement conference.  Plaintiff did not attend.  Judge
5  Westmore informed Plaintiff's counsel that the settlement conference could not proceed without
6  Plaintiff present.
7      4.  Plaintiff is currently attempting to resolve a dispute as to his counsel in this matter.
8  The two attorneys of record for Plaintiff anticipate that they will resolve the dispute within the next
9  eight weeks.
10     5.  After the issue is resolved, the parties agree that an additional attempt at a settlement
11 conference would be a productive use of resources.
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

STIPULATION TO EXTEND SETTLEMENT     2
CONFERENCE
CASE NO. 13-cv-4197 DMR

1  THE PARTIES HEREBY STIPULATE and respectfully request that the Court extend the time to attend a settlement conference with Judge Westmore until June 1, 2014, subject to Judge Westmore's availability.  Plaintiff's counsel will notify the Court and the City once the dispute as to counsel is resolved.

Dated:  March 21, 2014

                         DENNIS J. HERRERA
                         City Attorney
                         CHERYL ADAMS
                         Chief Trial Attorney
                         WARREN METLITZKY
                         NEWTON OLDFATHER
                         Deputy City Attorneys

By: */s/ Newton Oldfather*
    NEWTON OLDFATHER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO


LAW OFFICES OF GINO J. MOLINARI


By: */s/ Gino J. Molinari (with permission)\**
    GINO J. MOLINARI

Attorney for Plaintiff
FREDDY U. MARTINEZ
*\*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*


LAW OFFICES OF XAVIER A. BAEZA


By: */s/ Xavier A. Baeza (with permission)\**
    XAVIER A. BAEZA

Attorney for Plaintiff
FREDDY U. MARTINEZ
*\*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

[PROPOSED] ORDER

The parties are ordered to participate in a settlement conference before Magistrate Judge Kandis A. Westmore, which shall be completed **by no later than 6/1/2014,** or as soon thereafter as is convenient to Judge Westmore's calendar.

It is so ORDERED.

Dated: March 21, 2014_____

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Donna M. Ryu*