UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY U. MARTINEZ, | No. C-13-04197 DMR |
| Plaintiff(s), | **AMENDED ORDER RE: PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant(s). | |

Plaintiff's motion for substitution of counsel is granted. Xavier Baeza is Plaintiff's lawyer. Gino Molinari is no longer Plaintiff's lawyer. Up to the point of this substitution, defense counsel appropriately has contacted both Mr. Baeza and Mr. Molinari as Plaintiff's counsel in this case. Mr. Baeza and Mr. Molinari created confusion about which one of them represents Plaintiff, but that confusion has now been resolved. From now on, defense counsel need only contact Mr. Baeza as Plaintiff's counsel in this case.

IT IS SO ORDERED.

Dated: April 25, 2014

_____
DONNA M. RYU
United States Magistrate Judge