United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY U. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No.  13-cv-04197-DMR   (KAW)<br><br>ORDER TO REMOVE INCORRECTLY FILED DOCUMENT FROM DOCKET<br><br>Dkt. No. 43 |

On July 7, 2014, Plaintiff Freddy U. Martinez mistakenly filed his Settlement Conference Statement as a Case Management Conference Statement when it should have been lodged with the undersigned pursuant to the Court's Standing Order. Accordingly, to preserve confidentiality in relation to the July 11, 2014 settlement conference, Dkt. No. 43 shall be removed from the docket.

IT IS SO ORDERED.

Dated: July 8, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge