**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDDY U MARTINEZ,                                         No. C-13-04197 DMR

        Plaintiff(s),

           **ORDER**

       v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant(s).

_____/

      The court received a voice mail and an email from Plaintiff's counsel on September 25, 2014. Such ex parte communications are inappropriate, and will be ignored. Civil L.R. 11-4(c) ("Except as otherwise provided by law, these Local Rules or otherwise ordered by the Court, an attorney or party to an action must refrain from making telephone calls or writing letters or sending copies of communications between counsel to the assigned Judge or the Judge's law clerks or otherwise communicating with a Judge or the Judge's staff regarding a pending matter, without prior notice to opposing counsel."). Any further ex parte communications will be subject to sanctions.

      IT IS SO ORDERED.

Dated: September 26, 2014

_____
DONNA M. RYU
United States Magistrate Judge