UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY U. MARTINEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 13-cv-04197-DMR (KAW)<br><br>ORDER REGARDING FURTHER SETTLEMENT CONFERENCE |

On July 11, 2014, the parties participated in a settlement conference in which the case did not settle. There is a further settlement conference scheduled for October 17, 2014 at 11:00 a.m.

To help facilitate settlement, each party shall lodge an updated settlement conference statement, which shall not exceed five, double-spaced pages, and shall include any new developments in the case. The parties may attach exhibits, but they must be tabbed. The updated statement must be received on or before October 10, 2014, which includes the delivery of chambers' copies. This updated statement must be served on the opposing party. In addition, the parties may lodge a confidential letter, in accordance with the undersigned's Settlement Conference Standing Order, on or before October 10, 2014.

Additionally, Plaintiff shall provide a court-certified, Spanish language interpreter for the duration of the settlement conference, at his expense.

IT IS SO ORDERED.

Dated: October 6, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge