United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDDY U MARTINEZ,

      Plaintiff(s),

    v.

CITY AND COUNTY OF SAN FRANCISCO,

      Defendant(s).

_____/

No. C-13-04197 DMR

**ORDER VACATING HEARING ON MOTION AND SETTING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of Plaintiff's motion for extension of time to complete discovery [Docket No. 61] and Defendant's request for additional time to complete discovery [Docket No. 60]. Plaintiff's motion was improperly noticed for a hearing on a date that is not one of the court's hearing dates. The October 23, 2014 hearing date on Plaintiff's motion is therefore **vacated.**

A Case Management Conference is set for **October 29, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The joint Case Management Statement is due no later than **October 22, 2014.**

IT IS SO ORDERED.

Dated: October 20, 2014

_____
DONNA M. RYU
United States Magistrate Judge