UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY U MARTINEZ, | No. C-13-04197 DMR |
|     Plaintiff(s), | **ORDER TO SHOW CAUSE** |
|     v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
|     Defendant(s). | |

    Plaintiff's motion for leave to amend [Docket No. 69] is set for a hearing on December 11, 2014. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on November 19, 2014, but no such opposition has been received. Defendant is ordered to respond by **November 26, 2014** and show cause for its failure to respond to the motion in accordance with Civil Local Rule 7-3(a). In addition, Defendant must simultaneously (1) submit its opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not constitute permission to file a late opposition. The December 11, 2014 hearing remains as scheduled. If Defendant does not respond by November 26, 2014, the motion may be granted.

    IT IS SO ORDERED.

Dated: November 24, 2014

DONNA M. RYU
United States Magistrate Judge