UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY U MARTINEZ,<br><br>        Plaintiff(s),<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant(s).<br>_____/ | No. C-13-04197 DMR<br><br>**ORDER TERMINATING MOTION TO AMEND [DOCKET NO. 69] AND VACATING HEARING ON MOTION FOR REMAND [DOCKET NO. 73]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

      The court has received (1) Plaintiff's Motion to Amend Complaint [Docket No. 69] and (2) Plaintiff's "Motion to Withdraw Amended Complaint and Request Remand to State Court" [Docket No. 73]. The court construes Plaintiff's second motion as a motion to remand and a withdrawal of the first motion, as Plaintiff no longer seeks to amend his complaint to add a named defendant. *See* Civil Local Rule 7-7(e) ("Within the time for filing and serving a reply, the moving party may file and serve a notice of withdrawal of the motion."). Accordingly, the court will terminate Plaintiff's Motion to Amend Complaint.

      The court also notes that the hearing date on Docket No. 73 was improperly noticed per Civil Local Rule 7-2(a), which requires that "all motions must be . . . noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion." The December 11, 2014 hearing date on Docket No. 73 is hereby **VACATED**. An opposition or

statement of non-opposition to that motion must be filed by **December 10, 2014**, and any reply must be filed by **December 17, 2014**. The court will set a date for a hearing on the motion if it determines that oral argument is necessary for its resolution.

IT IS SO ORDERED.

Dated:  December 2, 2014

DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2