United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY U MARTINEZ, | No. C-13-04197 DMR |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant(s). | |

In light of the court's recent order on the motion to remand, *see* Docket No. 74, the Case Management Conference previously scheduled for December 10, 2014 has been **vacated.** The court will reschedule the Case Management Conference if it appears necessary to do so.

IT IS SO ORDERED.

Dated: December 2, 2014

DONNA M. RYU
United States Magistrate Judge